JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. VICKERMAN, | ) Case No. ED CV 14-2016-VAP (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| RAMON MOBILE HOME PARK INC., et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

Dated: 2/23/16

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE